Kelli M. Dreger (SBN 2674094)
Kelli.Dreger@jacksonlewis.com
Shannen L. Campbell (SBN 361266)
Shannen.Campbell@jacksonleewis.com
JACKSON LEWIS, P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Tel: (949) 885-1360 / Fax: (949) 885-1380

Attorneys for Defendants
SCP DISTRIBUTORS LLC and POOL CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MATTHEW GEORGE PLACENCIA,

Plaintiff,

vs.

SCP DISTRIBUTORS LLC; POOL CORPORATION; DOES 1 through 100, inclusive,

Defendants.

Case No.: 1:26-cv-06463-KES-CDB

*[Removed from Kern County Superior Court Case No. 26CUB02506]*

**ORDER GRANTING JOINT STIPULATION TO STAY ACTION AND SUBMIT PLAINTIFF'S INDIVIDUAL CLAIMS TO BINDING ARBITRATION**

*[Concurrently filed with Joint Stipulation to Stay Action and Submit to Binding Arbitration]*

Complaint Filed: June 29, 2026
Date of Removal: August 13, 2026
Trial Date: None Set
District Judge: Kirk E. Sherriff
Magistrate Judge: Christopher D. Baker

The Court, having considered the Joint Stipulation filed by Plaintiff Matthew George Placencia ("Plaintiff") and Defendants SCP Distributors LLC and Pool Corporation ("Defendants") (collectively, the "Parties") to arbitrate Plaintiff's individual claims, and good cause appearing, ORDERS as follows:

1. Plaintiff shall submit his individual claims asserted in this action – including his individual claim under PAGA – to individual, final, and binding arbitration pursuant to the Parties' Mutual Agreement to Arbitrate. Pursuant to the Arbitration Agreement, Plaintiff shall not pay any cost or expense

of the arbitration that he would not be required to pay if the matter had been heard in court. Defendants will pay for arbitrator compensation and any other administrative fees unique to arbitration.

2. Defendant shall pay the initiation fee with JAMS on behalf of Plaintiff.

3. The individual arbitration shall proceed before one neutral arbitrator under the JAMS Employment Arbitration Rules & Procedures then in effect and in accordance with the Parties' Mutual Agreement to Arbitrate.

4. Plaintiff's Fifth Cause of Action for civil penalties under the California Private Attorneys General Act of 2004, California Labor Code sections 2698–2699.8, made on behalf of a group of allegedly aggrieved employees remains pending before this Court and is STAYED pending completion of the individual arbitration.

5. All proceedings concerning Plaintiff's individual claims and PAGA claim are STAYED pending completion of the individual arbitration, except as necessary to enforce the Parties' stipulation, seek relief authorized by the Mutual Agreement to Arbitrate or applicable law, or confirm, vacate, modify, or correct an arbitration award as permitted by law.

6. The scheduling conference set for November 10, 2026, at 9:00 am. is VACATED.

7. Within fourteen (14) days after the individual arbitration concludes, and the time to challenge, vacate or modify the arbitration award has expired, the Parties shall file a joint status report advising the Court of the arbitration's disposition and proposing a schedule, if necessary, for further proceedings concerning the PAGA claim.

IT IS SO ORDERED.

Dated: September 11, 2026

UNITED STATES DISTRICT JUDGE