Kelli M. Dreger (SBN 2674094)
Kelli.Dreger@jacksonlewis.com
Shannen L. Campbell (SBN 361266)
Shannen.Campbell@jacksonleewis.com
JACKSON LEWIS, P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Tel: (949) 885-1360 / Fax: (949) 885-1380

Attorneys for Defendants
SCP DISTRIBUTORS LLC and POOL CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW GEORGE PLACENCIA,<br><br>Plaintiff,<br><br>vs.<br><br>SCP DISTRIBUTORS LLC; POOL CORPORATION; DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1:26-cv-06463-KES-CDB<br><br>*[Removed from Kern County Superior Court Case No. 26CUB02506]*<br><br>**AMENDED ORDER GRANTING JOINT STIPULATION TO STAY ACTION AND SUBMIT PLAINTIFF'S CLAIMS TO BINDING ARBITRATION**<br><br>*[Concurrently filed with Joint Stipulation to Stay Action and Submit to Binding Arbitration]*<br><br>Complaint Filed: June 29, 2026<br>Date of Removal: August 13, 2026<br>Trial Date: None Set<br>District Judge: Kirk E. Sherriff<br>Magistrate Judge: Christopher D. Baker |

The Court, having considered the Joint Stipulation filed by Plaintiff Matthew George Placencia ("Plaintiff") and Defendants SCP Distributors LLC and Pool Corporation ("Defendants") (collectively, the "Parties") to arbitrate Plaintiff's claims, and good cause appearing, ORDERS as follows:

1. Plaintiff shall submit his claims asserted in this action to final, and binding arbitration pursuant to the Parties' Mutual Agreement to Arbitrate. Pursuant to the Arbitration Agreement, Plaintiff shall not pay any cost or expense of the arbitration that he would not be required to pay if the matter had

been heard in court. Defendants will pay for arbitrator compensation and any other administrative fees unique to arbitration.

2. Defendant shall pay the initiation fee with JAMS on behalf of Plaintiff.

3. The arbitration shall proceed before one neutral arbitrator under the JAMS Employment Arbitration Rules & Procedures then in effect and in accordance with the Parties' Mutual Agreement to Arbitrate.

4. All proceedings concerning Plaintiff's claims are STAYED pending completion of the individual arbitration, except as necessary to enforce the Parties' stipulation, seek relief authorized by the Mutual Agreement to Arbitrate or applicable law, or confirm, vacate, modify, or correct an arbitration award as permitted by law.

5. The scheduling conference set for November 10, 2026, at 9:00 am. is VACATED.

IT IS SO ORDERED.

Dated: September 15, 2026

UNITED STATES DISTRICT JUDGE